■ In the Matter of RICHARD M. TILKER, a Disbarred Attorney. [603 NYS2d 736] —Motion for reinstatement is denied in all respects. Concur—Murphy, P. J., Sullivan, Ellerin, Kassal and Rubin, JJ.

■ In the Matter of PRATAB CHANDRA MAHADEO, an Attorney. [603 NYS2d 737] —Motion for permission to reapply for admission to the Bar is denied. Concur—Wallach, J. P., Kupferman, Asch, Kassal and Nardelli, JJ.